IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
AUG 1 2 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Jamar Tyron Scott, )
    Petitioner, )
 )
v. ) 1:10cv1127 (AJT/TRJ)
 )
Loretta Kelly, )
    Respondent. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the respondent's Motion to Dismiss (Docket #13) be and is GRANTED; and it is further

ORDERED that this petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 be and is DISMISSED, WITH PREJUDICE.

This is a Final Order for purposes of appeal. To appeal, petitioner must file a written notice of appeal with the Clerk's Office within thirty (30) days of the date of this Order. A written notice of appeal is a short statement stating a desire to appeal this Order and noting the date of the Order petitioner wants to appeal. Petitioner need not explain the grounds for appeal until so directed by the court. Petitioner must also request a certificate of appealability from a circuit justice or judge. See 28 U.S.C. § 2253 and Fed. R. App. P. 22(b). For reasons stated in the accompanying Memorandum Opinion, this Court expressly declines to issue such a certificate.

The Clerk is directed to send of copy of this Order and the accompanying Memorandum Opinion to petitioner and a copy of this Order and the accompanying Memorandum Opinion to counsel of record for the respondent, and to close this civil case.

Entered this ___12___ day of ___August___ 2011.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia

1